STATE OF NEW JERSEY v. JOHN MYKLICH.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED KAMMERER.

October 11, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. IANNUCCI.

October 11, 1983.

Petition for certification denied.

STATE IN THE INTEREST OF L.C.

October 11, 1983.

Petition for certification denied.

DOROTHY DAYTON v. ANTHONY AND BEATRICE DiMEMMO.

October 11, 1983.

Petition for certification denied.